

# Fourth Court of Appeals
## San Antonio, Texas

November 19, 2019

No. 04-19-00403-CV

**THE TEXAS BRANDON CORPORATION, INC.** and Ronald R. Wilson,
Appellants

v.

**EOG RESOURCES, INC.**, and Fred Levine,
Appellees

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 16-03-00066-CVK
Honorable Russell Wilson, Judge Presiding

# O R D E R

Appellant has filed a motion to suspend the briefing deadline because a complete appellate record has not been filed. First, appellant contends the reporter's record from a hearing held on September 20, 2018, has not been filed, and appellant has been unable to identify the court reporter responsible for preparing the record. In addition, appellant contends it has requested a supplemental clerk's record which has not been filed.

Appellant's motion is GRANTED. The deadline for filing the appellant's brief is SUSPENDED pending further order of this court.

This appeal is ABATED to the trial court. The trial court is ORDERED to conduct a hearing to determine whether a reporter's record was taken at the September 20, 2018 hearing, and, if such a record was taken, to identify the court reporter who is responsible for preparing the record. *See* TEX. R. APP. P. 35.3(c) ("The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed"). The trial court is FURTHER ORDERED to cause a supplemental clerk's record to be filed no later than two weeks from the date of this order containing the trial court's findings.

The trial court clerk is ORDERED to file the supplemental clerk's record requested by appellant no later than two weeks from the date of this order.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of November, 2019.

Michael A. Cruz,
Clerk of Court